UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80825-CIV-CANNON

**ADAM WEINRAUB**,

    Plaintiff,

v.

**BANK OF AMERICA, N.A.,**

    Defendant,

_____/

**ORDER CLOSING CASE**

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal, filed on August 26, 2024 [ECF No. 28]. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to any Defendant serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Upon review, this case is **DISMISSED WITHOUT PREJUDICE** against Defendant, effective August 26, 2024, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 28].

The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 27th day of August 2024.

                                               _____
                                               **AILEEN M. CANNON**
                                               **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record